# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXANDER OHASHI and ACE PARKING,<br><br>        Defendants. | CASE NO. C18-696RSM<br><br>ORDER DENYING STIPULATED MOTION |

This matter is before the Court on the Parties' Stipulated Motion (Dkt. #26) seeking to modify the Court's May 7, 2019 Order Setting Trial Date and Related Dates (Dkt. #25). The scheduling order followed the Parties' May 3, 2019 Joint Status Report in which they proposed a trial date of June 15, 2020 and did not indicate any scheduling conflicts beyond May 11, 2020. Dkt. #23 at 6. Federal Rule of Civil Procedure 16(b)(4) provides that scheduling orders "may be modified only for good cause and with the judge's consent." The Parties provide no basis for their request, providing only: "The Parties have conferred and stipulate as to the currently set trial date for July 13, 2020 to September 21, 2020." Dkt. #26.

//

//

ORDER – 1

Having reviewed the Parties' motion and the remainder of the record, the Court does not find good cause to modify its scheduling order and ORDERS that the Parties' Stipulated Motion (Dkt. #26) is DENIED.

Dated this 13 day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2