UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEXANDER OHASHI and ACE PARKING,<br><br>Defendants. | NO. 2:18-cv-00696-RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND RELATED DATES |

COMES NOW Defendants Alexander Ohashi and Ace Parking, by and through their counsel, Betts Patterson & Mines, P.S., and Plaintiff Mark Mayes appearing pro se, move the Court to continue the trial date and establish a scheduling order commensurate with the new trial date. The parties' motion is based on the following: 1) Counsel for Defendants is not available for trial on July 13, 2020; 2) Counsel for Defendants will be on vacation the week of July 13, 2020; 3) the Parties have conferred and stipulate to a new trial date of September 21, 2020.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 16th day of May, 2019.

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

BETTS, PATTERSON & MINES, P.S.

By */s/ Diane H. Cornell*
Laura E. Kruse, WSBA # 32947
Diane H. Cornell, WSBA # 19866
Email: lkruse@bpmlaw.com
dcornell@bpmlaw.com
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101
Attorneys for Defendants

PRO SE PLAINTIFF

By */s/ Mark Mayes*
Mark Mayes
3405 N.E. 84th Street
Seattle, WA 98115
Email: mmayes313@live.com

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND RELATED DATES
2:18-cv-00969-RSM

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**ORDER**

The Court, having reviewed the foregoing stipulation, and good cause appearing thereon, hereby Orders that the trial shall be continued to September 21, 2020, and the Clerk shall issue a new scheduling order commensurate with the new trial date.

DATED this 22nd day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by:**

BETTS, PATTERSON & MINES, P.S.

By */s/ Diane H. Cornell*
Laura E. Kruse, WSBA # 32947
Diane H. Cornell, WSBA # 19866
Attorneys for Defendants

PRO SE PLAINTIFF

By */s/ Mark Mayes*
Mark Mayes
3405 N.E. 84th Street
Seattle, WA 98115
Email: mmayes313@live.com

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND RELATED DATES
2:18-cv-00969-RSM

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988