UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK MAYES,

    Plaintiff,

  v.

ALEXANDER OHASHI and ACE PARKING,

    Defendants.

CASE NO. C18-696RSM

ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on a Motion to Withdraw as Counsel for Defendants Alexander Ohashi and Ace Parking Management, Inc. Dkt. #31. Defendants are represented by Ms. Kruse and Ms. Cornell of Betts, Patterson & Mines, P.S. *Id.* Ms. Kruse has changed firms and now works for Forsberg & Umlauf PS. *Id.* Defendants wish for Ms. Kruse to continue representation with her new firm. *Id.* Ms. Kruse, in her new position with Forsberg & Umlauf PS, has subsequently entered a Notice of Appearance on Behalf of Defendants Alexander Ohashi and Ace Parking. Dkt. #32. Ms. Cornell and Betts, Patterson & Mines, P.S. seek to withdraw as counsel for Defendants.

Pursuant to Local Civil Rule 83.2, "[n]o attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court. . . . Leave shall be obtained by filing a motion or a stipulation and proposed order for withdrawal." LCR 83.2(b)(1). LCR 83.2 also provides

ORDER – 1

that attorneys "will ordinarily be permitted to withdraw until sixty days before the discovery cut off date in a civil case." *Id.* The discovery deadline in this matter is May 26, 2020. Dkt. #30. The withdrawal will not leave Defendants unrepresented.

Having reviewed the record in these proceedings and the Motion, the Court hereby finds and ORDERS that:

1. The Motion to Withdraw as Counsel for Defendants Alexander Ohashi and Ace Parking Management, Inc (Dkt. #31) is GRANTED. Ms. Diane H. Cornell and Betts, Patterson & Mines, P.S. may withdraw from this matter and no longer represent Defendant as of the date this Order is entered.

2. Defendants remain represented by Ms. Laura E. Kruse and her new firm, Forsberg & Umlauf PS.

Dated this 1 day of July, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2